## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Anthony Wayne Wilson                                CHAPTER 7
                              Debtor(s)

                                                          BKY. NO. 23-12681 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Towd Point Mortgage Trust 2018-2, U.S. Bank National Association, as Indenture Trustee and index same on the master mailing list.

Respectfully submitted,

/s/ Mark A. Cronin

Mark Cronin
12 Sep 2023, 14:03:52, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322