**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE<br><br>ANTHONY WAYNE WILSON,<br>　　　　　　　　Debtor<br>~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~<br>CAPITAL ONE AUTO FINANCE,<br>A DIVISION OF CAPITAL ONE, N.A.,<br>　　　　　　　　Movant<br>　　　　vs.<br>ANTHONY WAYNE WILSON,<br>　　　　　　　　Respondent(s)<br>　　　and<br>GARY F. SEITZ<br>　　　　　　　　Trustee | CHAPTER 7<br><br>CASE NO.: 23-12681-AMC<br><br><br><br><br>**HEARING DATE:**<br>Wednesday, October 18, 2023<br>12:30 P.M.<br><br><br><br><br>**LOCATION:**<br>900 Market Street, Suite 400<br>Courtroom No. 4<br>Philadelphia, PA 19107 |

**ORDER**

Upon consideration of the Motion for Relief from Automatic Stay submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle repossession (2017 Maserati Levante 4 Door Utility , V.I.N. ZN661XUSXHX222946) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

Date: October 19, 2023

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

Please send copies to:

Anthony Wayne Wilson
214 Pine Valley Drive
Coatesville, PA 19320

JOSEPH L QUINN
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA 19464

GARY F. SEITZ
8 Penn Center, 1628 John F. Kennedy Blvd Suite 1901
Philadelphia, PA 19103

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building,
900 Market Street Suite 320
Philadelphia, PA 19107

Regina Cohen
Lavin, Cedrone, Graver, Boyd & DiSipio
Suite 500 190 North Independence Mall West 6th & Race Streets
Philadelphia, PA 19106