Certificate Number: 05781-PAE-DE-038028283

Bankruptcy Case Number: 23-12681



05781-PAE-DE-038028283

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 21, 2023, at 6:13 o'clock PM PDT, Anthony Wilson completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 18, 2023

By:    /s/Allison M Geving

Name:  Allison M Geving

Title:   President