United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Anthony Wayne Wilson  
    Debtor

Case No. 23-12681-amc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Dec 22, 2023      Form ID: 318      Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Wayne Wilson, 214 Pine Valley Drive, Coatesville, PA 19320-1963 |
| 14813097 | + | Benchmark Federal Cred, 1522 Mcdaniel Dr, West Chester, PA 19380-7034 |
| 14813101 | + | Citadel Credit Union, 520 Eagleview Boulevard, Exton, PA 19341-1119 |
| 14813102 | + | Country Club Valley Association, P.O. Box 7367, Wilmington, DE 19803-0367 |
| 14813111 | # | Landis & Setzler PC, 16 N New Street, West Chester, PA 19380-2905 |
| 14813116 | + | Rochelle Shearlds, 108 Walnut Street, Jenkintown, PA 19046-3126 |
| 14813118 | + | Shai-anthony Wilson, 214 Pine Valley Drive, Coatesville, PA 19320-1963 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 22 2023 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14813096 | | Email/Text: CSBankruptcy@austincapitalbank.com | Dec 22 2023 23:43:00 | Austin Capital Bank, Attn: Bankruptcy Dept, 8100 Shoal Creek Blvd, Ste 100, Austin, TX 78757 |
| 14813093 | + | Email/Text: backoffice@affirm.com | Dec 22 2023 23:44:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14813094 | | EDI: GMACFS.COM | Dec 23 2023 04:38:00 | Ally Financial, PO Box 130424, Saint Paul, MN 55113-0004 |
| 14813095 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 23:47:19 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14813103 | | Email/Text: correspondence@credit-control.com | Dec 22 2023 23:44:00 | Credit Control, LLC, 3300 Rider Trail S, Suite 500, Earth City, MO 63045 |
| 14813098 | + | EDI: CAPITALONE.COM | Dec 23 2023 04:38:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14813099 | + | EDI: CAPONEAUTO.COM | Dec 23 2023 04:38:00 | Capital One Auto Finance, a division of, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14813100 | + | EDI: CAPITALONE.COM | Dec 23 2023 04:38:00 | Capital One Bank, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14813104 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 22 2023 23:47:08 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14813105 | | Email/Text: BNSFN@capitalsvcs.com | | |

|  |  |  | Dec 22 2023 23:44:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
|---|---|---|---|---|
| 14813106 |  | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org Dec 22 2023 23:43:00 |  | Franklin Mint Federal Credit Union, Attn: Bankruptcy, 5 Hillman Dr, Ste 100, Chadds Ford, PA 19317 |
| 14813107 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com Dec 22 2023 23:44:00 |  | Harley-Davidson Credit Corp, PO Box 9013, Addison, TX 75001-9013 |
| 14813108 | + | EDI: AGFINANCE.COM | Dec 23 2023 04:38:00 | Household Finance Co/OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14813110 |  | EDI: IRS.COM | Dec 23 2023 04:38:00 | Internal Revenue Service, 600 Arch Street, RM 5200, Philadelphia, PA 19106 |
| 14813109 | ^ | MEBN | Dec 22 2023 23:38:17 | InDebted USA, Inc., PO Box 1210, O Fallon, MO 63366-9010 |
| 14813112 |  | Email/PDF: resurgentbknotifications@resurgent.com Dec 22 2023 23:47:10 |  | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14813113 |  | Email/PDF: MerrickBKNotifications@Resurgent.com Dec 22 2023 23:47:19 |  | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14813114 | + | EDI: AGFINANCE.COM | Dec 23 2023 04:38:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14813115 |  | EDI: PENNDEPTREV | Dec 23 2023 04:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14813115 |  | Email/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2023 23:44:00 |  | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14813119 |  | Email/Text: bankruptcy@springoakscapital.com Dec 22 2023 23:43:00 |  | Spring Oaks Capital, LLC, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 14813117 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Dec 22 2023 23:44:00 |  | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14813120 |  | EDI: LCITDAUTO | Dec 23 2023 04:38:00 | TD Auto Finance LLC, 4600 Touchton Rd E #200400, Jacksonville, FL 32246 |
| 14813121 | + | EDI: LCIUPSTART | Dec 23 2023 04:38:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14813529 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14813122 | ##+ | Wetzel Gagliardi Fetter & Lavin LLC, 101 E Evans St, West Chester, PA 19380-2600 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2023 | Form ID: 318 | Total Noticed: 31 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2023                Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:

**Name**          **Email Address**

GARY F. SEITZ
                  on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com  gfs@trustesolutions.net

GARY F. SEITZ
                  gseitz@gsbblaw.com  gfs@trustesolutions.net

JOSEPH L QUINN
                  on behalf of Debtor Anthony Wayne Wilson CourtNotices@rqplaw.com

MARK A. CRONIN
                  on behalf of Creditor Towd Point Mortgage Trust 2018-2  U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com

REGINA COHEN
                  on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com

United States Trustee
                  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Anthony Wayne Wilson <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8125 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 23-12681-amc | |

## Order of Discharge                                    12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Anthony Wayne Wilson

   12/21/23                                **By the court:**  Ashely M. Chan
                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

| Official Form 318 | **Order of Discharge** | page 1 |

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**